USA-74-24B
(Rev. 05/01)

# CRIMINAL DOCKET

HOUSTON DIVISION

United States District Court
Southern District of Texas
FILED

JUN 17 2009

Michael N. Milby, Clerk

**H-09-336**

USAO Number: 2008R15?

Magistrate Number:

_____ Filed

**UNSEALED PER ORDER** Sealed — unofficial staff access to this instrument are prohibited by court order.

Judge: Ellison

UNITED STATES of AMERICA
VS.

ATTORNEYS:

TIM JOHNSON, USA          (713) 567-9000

Ryan McConnell, AUSA      (713) 567-9000

|  | Appt'd | Private |
|---|---|---|
| Brent A. Carter | ☐ | ☐ |
| Michael N. Swetnam, Jr. | ☐ | ☐ |
|  | ☐ | ☐ |
|  | ☐ | ☐ |
|  | ☐ | ☐ |

**CHARGE:** Ct. 1: Conspiracy [18 USC § 371]
**(TOTAL)** Cts. 2-8: Mail Fraud [18 USC § 1341 and (2)]
**(COUNTS:)** Cts. 9-10: Wire Fraud [18 USC § 1343 and (2)]
**( 10 )**

**PENALTY:** Ct. 1: Up to 5 years imprisonment; 3 years supervised release; Fine not to exceed $250,000, $100 S/A
Cts. 2-10: Up to 20 years imprisonment; 3 years supervised release; Fine not to exceed $250,000, $100 S/A

☐ In Jail
☐ On Bond
☑ No Arrest

NAME & ADDRESS
of Surety:

PROCEEDINGS: