UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

**UNSEALED PER ORDER** / Sealed

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| v. | § CRIMINAL NO. H-09-336 |
| Brent A. Carter | § |

## ORDER FOR ISSUANCE OF BENCH WARRANT

A CRIMINAL INDICTMENT has been returned against the defendant listed below.

It is ORDERED that a warrant be issued for the arrest of said defendant. Upon arrest and appearance, a judicial determination shall be made as to detention or release on conditions. The United States Government recommends to the Court the following:

<u>Defendant</u>

Brent A. Carter

☑ DETENTION
☐ RELEASED ON CONDITIONS
☐ APPEARANCE BOND IN THE AMOUNT OF: $

SIGNED at Houston, Texas, on June 17, 2009.

Frances H. Stacy
UNITED STATES MAGISTRATE JUDGE