UNSEALED PER ORDER

Sealed
Public and unofficial staff access to this instrument are prohibited by court order

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States District Court
Southern District of Texas
FILED

JUN 1 7 2009

Michael N. Milby, Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | CRIMINAL NUMBER 09- |
| § | |
| BRENT A. CARTER, and § | H-09- 336 |
| MICHAEL N. SWETNAM, JR. § | |

## MOTION TO SEAL INDICTMENT

TO THE HONORABLE JUDGE OF SAID COURT:

The United States of America asks the court to seal the indictment against the defendant, this motion, and the court's corresponding order to seal, except that copies shall be given to the United States Attorneys Office and the relevant investigative agency for their investigative needs, until any defendant makes an initial appearance, at which time the indictment, this motion, and the court's order automatically shall be unsealed.

Respectfully submitted,

TIM JOHNSON
United States Attorney

By: _____
RYAN D. MCCONNELL
Assistant United States Attorney