AO 458 (Rev 5/85) Appearance

# United States District Court

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

UNITED STATES OF AMERICA

V.

BRENT A CARTER

**APPEARANCE**

CASE NUMBER: 4:09-cr-00336-1

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for BRENT A CARTER

I certify that I am admitted to practice in this court.

___JUNE 24th 2009___
*Date*

FEDERAL I.D. NO. 2243
STATE BAR NO. 05300050

*Signature*

EDMUND K. CYGANIEWICZ
*Print Name*

1000 E. Madison Street
*Address*

Brownsville, Texas 78520
*City            State            Zip Code*

(956) 541-5995
*Phone Number* Fax (956) 542-4475