UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| vs. | § | Criminal No.H-09-336-1 |
| | § | |
| BRENT A. CARTER | § | |

## RECEIPT OF PASSPORT

Receipt is hereby acknowledged for the passport of Brent A. Carter, Defendant, pursuant to the Conditions of Release set by Magistrate Judge Stephen Wm. Smith on June 25, 2009, by placing said passport in the vault of the Clerk's Office.

MICHAEL N. MILBY, CLERK

_____
Jason Marchand, Case Manager for
Magistrate Judge Stephen Wm. Smith

4', 09 CJ 6378