**COURTROOM MINUTES:**
The Honorable Stephen Wm Smith Presiding
Deputy Clerk: Jason Marchand

Clerk, U.S. District Court
Southern District of Texas
Filed 6-25-09
Michel N. Milby, Clerk

Interpreter Present? ☐ Yes ☒ No   ERO Litton

USPT/USPO P. Hernandez

OPEN 2:33   ADJOURN 2:41

☐ OTHER DISTRICT   ☐ DIVISION   THEIR CASE# _____

**PROCEEDING HELD:**
☒ Initial Appearance   ☐ Counsel Determination Hearing   ☐ Status Hearing
☐ Bond Hearing   ☐ Identity   ☐ Hearing Continued on _____
☐ Detention Hearing   ☐ Preliminary Hearing   ☐ Other _____

CASE NUMBER ☒ CR ☐ MJ  09-336  Defendant # 1

AUSA  Jay Hileman

Brent A. Carter

Edmund Lygenicwicz
Norton Colvin

☒ Date of arrest  6-25-09   ☐ Rule 5
☒ Defendant's first appearance, Advised of rights/charges on: ☒ Indictment ☐ Information ☐ Complaint
Violation of   ☐ Supervised Release  ☐ Probation

☒ Defendant  ☐ Material Witness appeared   ☒ with  ☐ without counsel

☐ Defendant requests appointed counsel.   ☐ Financial Affidavit executed and sworn.
☐ Order appointing Federal Public Defender   ☐ Order appointing private counsel to follow.
☐ Order of partial reimbursement to follow.   ☐ Oral order, Defendant to Reimburse CJA fund $_____
☐ Defendant advises that he will retain private counsel. _____

☒ Defendant __1__ bond set  ☐ Cash ☒ Surety ☐ P/R ☐ Unsecured ☒ $ 10,000.00 Deposit
☐ Defendant _____ bond set  ☐ Cash ☐ Surety ☐ P/R ☐ Unsecured ☐ $ _____ Deposit
☐ Defendant _____ bond set  ☐ Cash ☐ Surety ☐ P/R ☐ Unsecured ☐ $ _____ Deposit
☒ Surety signatures required as to Defendant(s) __1__.
☒ Defendant(s) __1__ advised of conditions of release
☐ BOND EXECUTED and Defendant _____ Released
☐ No bond set at this time. 10 day Detention Order entered, as to Defendant(s) _____
☐ Order of Temporary Detention Pending Hearing entered as to Defendant(s) _____
☐ Order of Detention Pending Trial entered as to Defendant(s) _____
☐ Bond revoked   ☐ Bond reinstated   ☐ Bond Continued
☒ Defendant __1__ remanded to custody   ☐ M/W remanded to custody
☐ Defendant Ordered Removed to Originating District

Defendant _____ Waiver of ☐ Preliminary ☐ Identity ☐ Detention Hrg ☐ Detention Hrg this District
☐ Court finds: ☐ Probable Cause   ☐ Identity

☐ Defendant(s) _____ is/are scheduled on _____ at _____ for:
☐ Arraignment   ☐ Counsel Determination Hearing   ☐ Identity Hearing
☐ Detention Hearing   ☐ Preliminary Hearing   ☐ Final Revocation Hearing
☐ _____ Hearing