IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| Plaintiff | § | |
| vs. | § | Criminal No. 09-336 |
| BRENT A. CARTER | § | |
| MICHAEL N. SWETNAM, JR. | § | |
| Defendants | § | |

**ORDER GRANTING AGREED MOTION FOR CONTINUANCE
AND RESETTING SCHEDULING ORDER**

The Court, having reviewed all of the pleadings and after considering the arguments of parties, finds that good reason has been demonstrated to grant the Motion for Continuance in this case and that the ends of justice will be served thereby since this is a complex case and the current Scheduling Order does not provide sufficient time for counsel to adequately prepare for trial.

The Court hereby ORDERS that:

The Motion for Continuance is GRANTED and that a new Scheduling Order will be issued that provides sufficient time for the parties to prepare for discovery and trial.

DONE, in Houston, Texas on this the ___ day of July, 2007.

_____
Keith P. Ellison
U.S. District Judge