**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| v. | § | **CRIMINAL NO. 09-336** |
| | § | |
| **BRENT A. CARTER, and** | § | |
| **MICHAEL N. SWETNAM, JR.** | § | |

**UNITED STATES' FIRST SUPPLEMENT
TO NOTICE OF FORFEITURE**

The Indictment in this case provides notice of the forfeiture of property as provided by Title 28, United States Code, Section 2461(c), and Title 18, United States Code, Section 981(a)(1)(C). The Indictment also lists certain property as subject to forfeiture.

The United States of America hereby supplements its list of property and notifies the Defendants that the property subject to forfeiture includes, but is not limited to, the following additional property:

- Funds on deposit in SEP Individual Retirement Account (IRA) no. x1369 at Trust Company of America, held in the name of Brent A. Carter.

Respectfully submitted,

TIM JOHNSON
United States Attorney

By:   s/ Ryan D. McConnell
      RYAN D. MCCONNELL
      Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was filed and served electronically on counsel for the defendants on this 22nd day of December 2009.

    s/ Ryan D. McConnell
    Ryan D. McConnell