**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL NUMBER 09-336 |
| | § | |
| BRENT A. CARTER and | § | |
| MICHAEL N. SWETNAM, JR. | § | |

## GOVERNMENT'S EXHIBIT LIST

The United States may offer the following exhibits:

1. Cover Note, Arial RE, LTD for $936,000.00

1A. Cover Note, Underwriters at Lloyd's, London for $936,000.00

1B. Cover Note, Lansdown RE, LTD for $936,000.00

1C. Financial Services Commission Letter dated 8/18/08 stating no License

1D. Emails between Swetnam, Thompson, Lord

1E. Disbursing Authority for $936,000.00 approved by Ward Cook

1F. Check #053863 from Valley Baptist to Swetnam Insurance Services for $936,000.00

1G. Bank Statement and Deposit Ticket to Swetnam's account, $936,000.00

1H. Check from Swetnam Insurance Services to Brent Carter for $425,000.00

2. Original Zurich Policy for 06/07 insurance, $1,460,824.00

2A. Interim Insurance Binder from Swetnam to Valley Baptist for $2,380,638.42

3. Invoice from Swetnam Insurance to Valley Baptist for $2,380,638.42

4. Zurich Policy for 06/07 insurance, $2,380,638.42

4A. Check #055000 from Valley Baptist to Swetnam Insurance Services for $2,380,638.42

4B. Bank Statement and Deposit Ticket to Swetnam's account, $2,380,638.42

4C. Cashier's Check No. 20777788 for $250,000.00 Payable to Brent A. Carter

4D. Cashier's Check No. 20777787 for $250,000.00 Payable to Joe N. Reagan

4E. Cashier's Check No. 2077786 for $250,000.00 Payable to David R. Smith

4F. Cashier's Check No. 2077789 for $150,000.00 Payable to Michael N. Swetnam ($100,000 remained in Acct)

4G. Accounting distribution of $2,380,638.42 showing $250,000 to Swetnam, Carter, Smith Reagan

4H. Letter dated 1/22/07 from Swetnam to Valley Baptist re "Commissions" paid by Valley Baptist

5. Invoice from Swetnam to Valley Baptist for $884,000.00

5A. Disbursing Authority for $884,000.00 approved by Ward Cook

6. Confirmation of Insurance/Assurance Binder, RAC RE, LTD to Valley Baptist for $884,000.00

6B. Bank Statement and Deposit Ticket to Swetnam's Account

6C. Cashier's Check #20778593 from Swetnam to B. A. Carter for $290,242.12

6D. Cashier's Check #20778594 from Swetnam to D. R. Smith for $290,242.12

6E. Deposit to Swetnam's Acct *4874 for $290,242.12

7. Interim Insurance Binder from Swetnam to Valley Baptist for $2,328,500.00 (plus fees for a total of $2,521,050.00)

8. Zurich Policy for 07/08 insurance, $2,328,500.00

8A. Original Zurich Policy for 07/08 insurance, $1,296,295.00

8B. Invoice from Swetnam to Valley Baptist for $2,521,050.00

8C. Check #000003 from Valley Baptist to Swetnam Insurance Services for $2,521,050.00

8D. Bank Statement and Deposit Ticket for $2,521,050.00

8E. Cashier's Check #20778800 from Swetnam to Brent Carter for $274,040.90

8F. Cashier's Check #20778799 from Swetnam to Joe Reagan for $274,040.90

8G. Cashier's Check #20778798 from Swetnam to David Smith for $274,040.90

8H. Deposit for $270,000.00 to Swetnam's Account *4874 (less cash out $4,040.90)

9. Wire Transfer from Swetnam to Zurich American Insurance Company for $1,314,741.60 re 06/07 premium

10. Wire Transfer from Swetnam to Zurich American for $1,166,665.50 re 07/08 premium

11. Emails between Swetnam, Carter, Smith, and Reagan

12. Civil Deposition Excerpts

12A. Michael Swetnam Deposition Excerpts

12B. Brent Carter Deposition Excerpts

                                                Respectfully submitted,
                                                JOSE ANGEL MORENO

United States Attorney

By: /s/ Ryan D. McConnell
RYAN D. MCCONNELL
GREGG COSTA
Assistant United States Attorneys
713.567.9678

**CERTIFICATE OF SERVICE**

I, Ryan D. McConnell, hereby certify that a copy of the foregoing was served on counsel for defendant via the Court's electronic filing system, on this the 3rd day of March, 2010.

/s/ Ryan D. McConnell
RYAN D. MCCONNELL