**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **V.** | § | **Criminal No. H-09-336** |
| | § | |
| **BRENT A. CARTER** | § | |
| **MICHAEL N. SWETNAM, JR.** | § | |

### OBJECTIONS TO DEFENDANT CARTER'S EXHIBITS

The United States received the copies of Defendant Carter's exhibits via federal express on April 14, 2010. The United States also received a copy of Defendant Carter's objections to the United States' exhibits on April 12.

The defendant has objected to some of the United States' Exhibits which are then offered on defendant Carter's exhibit lists. The United States requests the Court overrule these objections because the exhibits are being offered by both parties. The table below sets forth agreement between the United States and Defendant Carter's exhibit lists:

| Exhibit | Gov's Exhibit | Carter's Exhibit |
|---|---|---|
| BVI Letter | 1C | 88 |
| $425,000 Carter check | 1G | 66 |
| True 2006-2007 Zurich Policy | 2 | 53 |
| Interim Insurance Binder w/ $2.3 million premium | 2A | 51 |

| | | |
|---|---|---|
| $2.3 million invoice | 3 | 52 |
| Altered 06-07 Zurich policy | 4 | 85 |
| Accounting distribution | 4G | 58 |
| Letter to Vela from Swetnam (01/22/07) | 4H | 56 |
| $884,000 invoice | 5 | 73 |
| $884,000 RAC Re policy | 6 | 72 |
| $2.7 million check to Swetnam Insurance Services | 6A | 74 |
| Interim Insurance Binder $2.5 million premium | 7 | 79 |
| Altered $2.3 million 07-08 Zurich Policy | 8 | 54 |
| True $1.2 million 07-08 Zurich policy | 8A | 53 |
| $2.5 million invoice | 8B | 82 |
| $2.5 million check | 8C | 83 |
| $274,000 checks | 8E-8H | 86 |
| Emails between Carter/Reagan/Smith/Swetnam | 11 - because the order of this exhibit has been changed to chronology, it is unclear precisely which emails Carter is objecting to, but he is offering some of the same emails he has objected to: | 45 (U.S. 11-1); 60 (U.S. 11-2); 71 (U.S. 11-11); |

Moreover, there is no 12B in the United States' exhibit book or current Exhibit

list, so this objection is moot. The United States sent an email April 14, 2010 to attorney's for Brent Carter attempting to confer on the admissibility of exhibits without response. The United States requests that the Court overrule these objections.

The United States objections to defendant Carter's objections are as follows:

| EXHIBIT NUMBER | EXHIBIT DESCRIPTION | OBJECTION |
|---|---|---|
| 1 | Valley Baptist Petition from Civil Suit | Hearsay (FRE 802) <br> Confusing and Irrelevant (FREs 403 and 402 |
| 2 | Valley Baptist internal email and memorandum discussing civil lawsuit (4/2008) | Hearsay (FRE 802) <br> Confusing and Irrelevant (FREs 403 and 402) |
| 3 | Valley Baptist memorandum (2/2008) | Hearsay (FRE 802) <br> Confusing and Irrelevant (FREs 403 and 402) |
| 4 | Valley Baptist Excess Loss Agreement (1993) | Hearsay (FRE 802) <br> Confusing and Irrelevant (FREs 403 and 402) <br> Authentication (FRE 901) |
| 5 | Undated/unsigned Valley Baptist Self Insurance Trust Agreement | Hearsay (FRE 802) <br> Confusing and Irrelevant (FREs 403 and 402) <br> Authentication (FRE 901) |
| 6 | Unsigned/undated Valley Baptist Self Insurance Plan | Hearsay (FRE 802) <br> Confusing and Irrelevant (FREs 403 and 402) <br> Authentication (FRE 901 |

| | | |
|---|---|---|
| 7 | Email from David Smith to Ward Cook (Valley Baptist) discussing Officer and Director Liability Policy | Hearsay (FRE 802) Irrelevant (FRE 403) |
| 8 | Email Between Brent Carter, Manny Vela, and Ward Cook Discussing a $245,000 Payment to Zurich (Feb. 2007) | Hearsay (FRE 802) Irrelevant (FRE 403) |
| 9 | April 2007 Letter from Swetnam to Springfield discussing windstorm insurance coverage | Hearsay (FRE 802) Irrelevant (FRE 403) |
| 10 | April 2007 Email from Swetnam to Cook (ccing David Smith and Brent Carter) discussing actuarial funding study | Hearsay (FRE 802) Irrelevant (FRE 403) |
| 11 | May 22, 2007 Emails between Manny Vela and Brent Carter (and others) discussing property insurance renewal | Hearsay (FRE 802) Irrelevant (FRE 403) |
| 12 | Email From Manny Vela telling recipient to include David Smith on phone call with Loraine Lewis | Hearsay (FRE 802) Irrelevant (FRE 403) |

| | | |
|---|---|---|
| 13 | Emails concerning insurance renewal (June 2007) | None |
| 14 | Emails concerning insurance renewal (June 2007) | None |
| 15 | Internal Valley Baptist Emails concerning Windstorm Insurance (August 2007) | Hearsay (FRE 802) Irrelevant (FRE 403) |
| 16 | Email concerning Valley Baptist earned premiums on Valley Baptist insurance (August 2007) | Hearsay (FRE 802) Irrelevant (FRE 403) |
| 17 | August 2007 Email concerning Director and Officer's Renewal | Hearsay (FRE 802) Irrelevant (FRE 403) |
| 18 | August 2007 Emails discussing Zurich Umbrella Policy between David Smith and Hospital | None |
| 19 | Emails between Cook, Carter, and Swetnam (Sept. 2007) | Hearsay (FRE 802) Irrelevant (FRE 403 |
| 20 | Email from Ward Cook to David Smith concerning policies (Feb. 2008) | None |
| 21 | Email from Ward Cook to David Smith concerning policies (Feb. 2008) | None |

| 22 | Internal Valley Baptist Concerning Insurance Renewal - May 31, 2007 | Hearsay (FRE 802) Irrelevant (FRE 403) |
|---|---|---|
| 23 | Internal Valley Baptist emails about insurance renewal | Hearsay (FRE 802) Irrelevant (FRE 403) |
| 24 | Internal Valley Baptist emails about insurance renewal | Hearsay (FRE 802) Irrelevant (FRE 403 |
| 25 | Valley Baptist email to other insurance broker refusing to work with Swetnam | Hearsay (FRE 802) Irrelevant (FRE 403 |
| 26 | Engagement letter for Valley Baptist hiring company to review insurance program (Sept. 2004) | Hearsay (FRE 802) Irrelevant (FRE 403 |
| 27 | Valley Baptist Finance Committee Minutes (June 2005) | Hearsay (FRE 802) Irrelevant (FRE 403 |
| 28 | Valley Baptist Finance Committee Meeting Minutes (Aug. 2005) | Hearsay (FRE 802) Irrelevant (FRE 403 |
| 29 | Valley Baptist Finance Committee Meeting Minutes (Aug. 2005) | Hearsay (FRE 802) Irrelevant (FRE 403 |
| 30 | Valley Baptist Finance Committee Meeting Minutes (Sept. 2005) | Hearsay (FRE 802) Irrelevant (FRE 403 |
| 31 | Valley Baptist Finance Committee Meeting Minutes (April 2007) | Hearsay (FRE 802) Irrelevant (FRE 403 |

| | | |
|---|---|---|
| 32 | Valley Baptist Finance Committee Meeting Minutes (May 2007) | Hearsay (FRE 802) Irrelevant (FRE 403 |
| 33 | Valley Baptist Finance Committee Meeting Minutes (May 2007) | Hearsay (FRE 802) Irrelevant (FRE 403 |
| 34 | Email from David Smith to Zurich seeking to continue business relationship after Swetnam's departure (Feb. 2008) | Hearsay (FRE 802) Irrelevant (FRE 403 |
| 35 | Swetnam Insurance License Print Out from Website | None |
| 36 | Property Record for Swetnam Insurance Services | None |
| 37 | Swetnam Insurance Services Premium Trust Account Document | Hearsay (FRE 802) Irrelevant (FRE 403 |
| 38 | 2005 Carter W-2 from Swetnam Insurance Services | Hearsay (FRE 802) Irrelevant (FRE 403) Authentication (FRE 901)) |
| 39 | 2006 Carter W-2 (parts handwritten) from Swetnam Insurance Services | Hearsay (FRE 802) Irrelevant (FRE 403) |
| 40 | 2007 Carter W-2 (parts handwritten) from Swetnam Insurance Services | Hearsay (FRE 802) Irrelevant (FRE 403) |

| | | |
|---|---|---|
| 41 | Swetnam Resignation Letter (Sept. 2006) | Hearsay (FRE 802) Irrelevant (FRE 403) |
| 42 | Nov. 2007 between Cook and Swetnam concerning Swetnam resignation | Hearsay (FRE 802) Irrelevant (FRE 403) |
| 43 | Jan. 2008 email from David Smith to Swetnam and Joe Reagan concerning Zurich | None |
| 44 | Jan. 2008 email from Swetnam to David Smith concerning Valley Baptist | None |
| 45 | Jan. 2006 Carter email discussing Valley Baptist information | None |
| 46 | April 2007 letter regarding Core Insurance Marketing Summaries written by Swetnam addressed to Valley Baptist | Hearsay (FRE 802) Irrelevant (FRE 403) |
| 47 | Feb. 2008 emails between Carter and Swetnam concerning Valley Baptist insurance renewal | Hearsay (FRE 802) |
| 48 | Frank Crystal Report on Insurance Brokerage Services prepared for Valley Baptist Hospital (Jan. 2005) | Hearsay (FRE 802) Irrelevant (FRE 403) |

| | | |
|---|---|---|
| 49 | Swetnam response to Frank Crystal Report (May 2005) | Hearsay (FRE 802) Irrelevant (FRE 403) |
| 50 | Documents associated 2006-2007 Zurich Policy | None. |
| 51 | 2006-2007 Zurich binder listing false premium of $2.1 million | None |
| 52 | $2.3 million invoice sent to Valley Baptist for 2006-2007 Zurich policy | None |
| 53 | Zurich Policy for 2006-2007 listing true premium of $1.4 million | None |
| 54 | Altered Zurich policy showing premium of $2.3 million | None |
| 55 | Swetnam Email concerning Zurich relationship and letter given to Many Vela by Swetnam Insurance Services that lists Commissions | Objection to emails (Hearsay - FRE 802) (p. 1-2) No objection to letter (3-4) |
| 56 | Letter given to Many Vela by Swetnam Insurance Services that lists premium | None |
| 57 | Cashier's checks | None |

| 58 | Payment records for inflated Zurich policy | None |
|---|---|---|
| 59 | Texas Insurance Code § 225.001 | Hearsay (FRE 802)<br>Confusing and Irrelevant (FREs 403 and 402)<br>Improper Expert Testimony (FRE 702) |
| 60 | May 2006 Email from Swetnam to Reagan/Carter/Smith concerning Zurich property quotte | None |
| 61 | Thompson/Swetnam emails re: Windstorm coverage (May 2006) | None |
| 62 | Thompson/Swetnam emails re: Windstorm coverage (May 2006) | None |
| 63 | Thompson/Swetnam emails re: Windstorm coverage (Aug. 2006) | None |
| 64 | Thompson/Swetnam emails re: Windstorm coverage (Aug. 2006 | None |
| 65 | Cover notes given to Valley Baptist Re: Windstorm coverage (2006-07) | None |
| 66 | $425,000 Carter check | None |
| 67 | Swetnam letter to Springfield | None |
| 68 | Guarantor agreement | None |
| 69 | Carter letter on binders | None |

| 70 | Hospital Liability Proposal for Valley Baptist | None |
| --- | --- | --- |
| 71 | Carter email (Aug 2007) concerning Valley Baptist coverage | None |
| 72 | 07-08 Rac Re Windstorm Policy | None |
| 73 | 07-08 Windstorm Invoice | None |
| 74 | $2.7 million check to Swetnam | None |
| 75 | $35k cashier's check | None |
| 76 | $263,000 check to Swetnam | None |
| 77 | Springfrield RAC Re letter | None |
| 78 | Zurich 07-08 policy documents | None |
| 79 | Smith Reagan billing document | None |
| 80 | Smith Reagan Interim Binder/TDI information | None |
| 81 | Smith Reagan Interim Binder/TDI information | Cumulative of exhibit 80 and altered with handwriting (FREs 403 and 1003) |
| 82 | $2.5 million Zurich invoice | None |
| 83 | $2.5 million check | None |

| | | |
|---|---|---|
| 84 | $1.2 million Zurich umbrella policy for 07-08 coverage | None |
| 85 | $2.3 million altered Zurich umbrella policy for 07-08 coverage | None |
| 86 | $274k Cashiers checks | None |
| 87 | Amended Petition from Civil Lawsuit (Swetnam vs. Carter) | Hearsay (FRE 802)<br>Confusing and Irrelevant (FREs 403 and 402 |
| 88 | BVI letter | None |
| 89 | Thompson emails | None |
| 90 | Swetnam Insurance License | None |
| 91 | BVI letter | None |
| 92 | Thompson email | None |
| 93 | Thompson emails | None |
| 94 | Valley Baptist Business Plan for Hospital and Professional Liability Insurance (2005) | Hearsay (FRE 802)<br>Confusing and Irrelevant (FREs 403 and 402 |
| 95 | GTC Business Plan for Professional Liability Insurance (2005) | Hearsay (FRE 802)<br>Confusing and Irrelevant (FREs 403 and 402 |
| 96 | Valley Baptist Excess Professional Liability Policy | Hearsay (FRE 802)<br>Confusing and Irrelevant (FREs 403 and 402 |
| 97 | VBHS Re LTD Docments | Hearsay (FRE 802)<br>Confusing and Irrelevant (FREs 403 and 402 |

| # | Document | Objections |
|---|---|---|
| 98 | BVI Insurance Act of 1994 | Hearsay (FRE 802)<br>Confusing and Irrelevant (FREs 403 and 402)<br>Improper Expert Testimony (FRE 702) |
| 99 | VBHS Re LTD Docments | Hearsay (FRE 802)<br>Confusing and Irrelevant (FREs 403 and 402 |
| 100 | VBHS Re LTD Docments | Hearsay (FRE 802)<br>Confusing and Irrelevant (FREs 403 and 402 |
| 101 | Thompson Emails | None |
| 102 | Quinn Resume | Hearsay (FRE 802) |
| 103 | Bank letter on Swetnam's character | Improper character evidence (FRE 404)<br>Hearsay (FRE 802) |
| 104 | Reagan letter on Swetnam's character | Improper character evidence (FRE 404)<br>Hearsay (FRE 802) |
| 105 | Loraine Lewis licenses | None |
| 106 | Loraine Lewis Licenses | None |
| 107 | Gary Beck Resume | Hearsay (FRE 802) |
| 108 | Deposition Question and Answer and other civil case documents | Hearsay (FRE 802)<br>Confusing and Irrelevant (FREs 403 and 402 |
| 109 | Landmark documents | None |
| 110 | Ledger entry | Illegible<br>Authentication (FRE 901) |
| 111 | Swetnam Reagan Producer Agreement | Hearsay (FRE 802)<br>Confusing and Irrelevant (FREs 403 and 402 |

| 112 | McAllen Bank documents | None |
| 113 | Bank records and affidavit | Hearsay (FRE 802) on Affidavit<br>No objection to underlying records |
| 114 | Smith-Reagan W-2 | None |
| 115 | Restaurant memorial | Hearsay (FRE 802)<br>Irrelevant (FRE 402) |
| 116 | Smith Regan webpages | Hearsay (FRE 802)<br>Irrelevant (FRE 402) |
| 117 | Copy of two Carter Cashiers Checks IRS (Oct. 2007) | None |
| 118 | Charitable Contributions | Hearsay (FRE 802)<br>Irrelevant (FRE 402) |

Respectfully submitted,

JOSE ANGEL MORENO
United States Attorney

By: /s/ Ryan McConnell
    Ryan McConnell
    Assistant United States Attorneys
    Southern District of Texas

CERTIFICATE OF SERVICE

I certify that a true and correct copy of the Government's Objections to Defendant Carter's Exhibits was sent via electronic mail to counsel for the above-listed defendants on the 14th day of April, 2010.

/s/ Ryan McConnell
Ryan McConnell
Assistant United States Attorney