| | | | |
|---|---|---|---|
| AO 435 (Rev. 03/08) *Please Read Instructions:* | Administrative Office of the United States Courts **TRANSCRIPT ORDER** 68033 | | **FOR COURT USE ONLY** **DUE DATE:** |

| 1. NAME Rene L. Obregon | 2. PHONE NUMBER (361) 884-5400 | 3. DATE 5/25/2010 |
|---|---|---|
| 4. MAILING ADDRESS 802 N. Carancahua, Suite 2100 | 5. CITY Corpus Christi | 6. STATE TX / 7. ZIP CODE 78401 |
| 8. CASE NUMBER 09-CR-336 | 9. JUDGE Ellison | DATES OF PROCEEDINGS 10. FROM 4/26/2010 / 11. TO ??? |
| 12. CASE NAME United States of America v. Brent Carter, et al. | LOCATION OF PROCEEDINGS 13. CITY Houston / 14. STATE Texas | |

15. ORDER FOR
- [ ] APPEAL
- [x] NON-APPEAL
- [ ] CRIMINAL
- [ ] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER (Specify)

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested) Ward Cook's trial testimony

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [x] TESTIMONY (Specify Witness) | 4/26/10 to 4/27/10 |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING (Spcy) | United States District Court Southern District of Texas FILED |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [ ] OTHER (Specify) | JUN 1 2010 |
| [ ] SENTENCING | | | |
| [ ] BAIL HEARING | | | David J. Bradley, Clerk of Court |

17. ORDER

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [x] | [ ] | NO. OF COPIES | 100 | $365.00 |
| 14-Day | [ ] | [ ] | NO. OF COPIES | | |
| EXPEDITED | [ ] | [ ] | NO. OF COPIES | | |
| DAILY | [ ] | [ ] | NO. OF COPIES | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |
| REALTIME | [ ] | [ ] | | | |
| | CERTIFICATION (18. & 19.) By signing below, I certify that I will pay all charges (deposit plus additional). | | | ESTIMATE TOTAL | $365.00 |

18. SIGNATURE Rene Obregon
- [x] EMAIL ONLY REQUIRED
- [ ] EMAIL AND HARD COPY REQUIRED
- [ ] EMAIL ADDRESS: robregon@crrlawfirm.com

19. DATE 5/25/2010

20. TRANSCRIPT TO BE PREPARED BY Cher Barron

COURT ADDRESS
United States District Court
515 Rusk St.
Houston, Texas 77002

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | 6-1-10 | JS | | |
| DEPOSIT PAID | | | DEPOSIT PAID #7676 | $365.00 |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | |

**DISTRIBUTION:** COURT COPY    TRANSCRIPTION COPY    ORDER RECEIPT    ORDER COPY